of Michigan granted. *David W. Louisell* for petitioner. *Eugene F. Black,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 417. UNITED STATES DEPARTMENT OF AGRICULTURE, EMERGENCY CROP AND FEED LOANS *v.* REMUND, ADMINISTRATOR. October 28, 1946. Petition for writ of certiorari to the Supreme Court of South Dakota granted. *Solicitor General McGrath* for petitioner. *Dwight Campbell* for respondent.

No. 431. TESTA ET. AL. *v.* KATT. October 28, 1946. Petition for writ of certiorari to the Superior Court for Providence and Bristol Counties, Rhode Island, granted. *Solicitor General McGrath* and *J. Raymond Dubee* for petitioners. *Paul M. Segal, Harry P. Warner, Henry G. Fischer, George S. Smith, Philip J. Hennessey, Jr.* and *John W. Willis* for respondent.

No. 498. UNITED STATES *v.* SMITH, U. S. DISTRICT JUDGE, ET AL. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General McGrath* for the United States. *Robert T. McCracken, Stanley F. Coar* and *C. Russell Phillips* for John Memolo, respondent.

No. 543. FEDERAL POWER COMMISSION ET AL. *v.* ARKANSAS POWER & LIGHT Co. October 28, 1946. Petition